**FILED**

DEC 12 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

<u>North</u> District of <u>Ohio</u>

<u>Eastern</u> Division

Case No. **4:25 CV 02702**

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

**JUDGE PEARSON**
**MAG JUDGE KNAPP**

<u>Wayne Andrews Jr. A754-483</u>
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-V-
Correctional officers Fauts, Burch and central officers
Ohio Department of Rehabilitation corrections (O.d.r.c)
Northeast Ohio Correctional Center(C.C.A)
Core Civic Agency Defendant(s) Core Civic Agency
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee <u>or an application to proceed in</u> forma pauperis.
    - Indigent Applicant -
    ° plaintiff Wayne Andrews Jr A754-483

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Wayne Andrews JR. #(A) 754-483 (Incarcerated)

Address  2240 Hubbard Rd.  16149 State Route 104

Youngstown Chillicothe Ohio  44505 45601

*City*                                    *State*                    *Zip Code*

County  Mahoning County / Ross County

Telephone Number  N/A

E-Mail Address  N/A

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  Core Civil Agency  Northeast Ohio Correctional Center (C.C.C.A)

Job or Title *(if known)*  Government Agency Prison Facility

Address  2240 Hubbard Rd

Youngstown                Ohio        44505

*City*                                    *State*                    *Zip Code*

County  Mahoning County

Telephone Number  330-745-3777

E-Mail Address *(if known)*

☒ Individual capacity        ☒ Official capacity

Defendant No. 2

Name  Ohio (O.D.R.C) The Department of Rehabilitation Corrections

Job or Title *(if known)*  Government State Prison Officials

Address  760 W. Broad Street

Columbus                Ohio        43215

*City*                                    *State*                    *Zip Code*

County  Franklin County

Telephone Number  614-752-1164

E-Mail Address *(if known)*

☒ Individual capacity        ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)* — NXA Correctional officer Fauts, Central Camera Watch officers, Correctional officerS

Address — YoungstowN　Ohio　44505
　　　　　　　City　　　State　　Zip Code

County — Mahoning County

Telephone Number — 330-745-3777

E-Mail Address *(if known)*

☒ Individual capacity　☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)* — NXA Captain, Lieutant, C/0's, Unit Manager Administration Staff, Higher Authoritive Correctional officers

Address — Youngstown　Ohio　44505
　　　　　　City　　　State　　Zip Code

County — Mahoning County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity　☒ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The state officials Violated The "Eighth Amendment" IN Failure To Protect Prisoners.

C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

The Constitutional Right of my "Eighth" Amendment has been violated.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

- The defendant under State or local law acted under color of state or local law by not maintaining humane conditions and not guarantee the safety of my well being past lock down hours of the prison unit. (Same with Defendant under Bivens, under color of Federal law. Failure of safety Constitutional harms arised from not following procedure and safety of prisoners.)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The event occurred at a government/state run prison facility. In my block passed count time inside my cell, which should have been secured. I had to fight off three inmates which had assaulted me past lockdown hours from another pod. Staff knew of these circumstances arised from camera footage, body cam's.

B. What date and approximate time did the events giving rise to your claim(s) occur?
The approximate Date was (September 18th, 2025). The approximate time was some time past 10:30pm. around 11:15pm to 11:30pm which the assault took place.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
What exactly happened to me was in fact I was assaulted in my cell. By three incarcerated individuals beyond count time from a different pod. Which staff should have secured all doors for the safety of my being. Everyone that saw what was going on was staff assigned correctional officers. Along with my roommate who saw the incident.
My Roommate's Name In cell (Darrell Bollenbacher) A826585
Inmates who Assaulted me - Kilee Bibbs A818854, Jason Yontz A784788, Demetrius Buford A753208.
Staff working c/o Frants, c/o Burch, c/o's working Central Camera Station. Captain

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained An laceration Cut under my left eye, Damaged bloody Nose, and right hand ligament damage towards right thumb. Along with bruising toward Side of head and Face on The left side, Medical treatment Was treated but Scars and ligament Damage still Occur and Remain, Pictures Were Taken of Assault by Staff and medical team. (NEOCC)

Northeast ohio Correctional Center,

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Would LiKe For the Court to Allow Compensation for Punitive damages, Injuries, Emotional distress and For The Staff at the prison Not Following guidelines and procedures, Not Keeping me Safe behind a Cell door, When It was Suppose to be Secured. From This event happening to me I Suffer From a lot of Trauma and (PTSD) post Traumatic Stress disorder, I Feel As If I Was "Targeted" upon, Therefore I am requesting (# 150,000 to ONE million dollars) In damages For The Acts Caused on me During under The Care of ohio Department of Rehabilitation and Correction Along with The Facility of Northeast ohio Correctional Center,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/28/2025

Signature of Plaintiff    *Wayne Andrews Jr. A754-483*

Printed Name of Plaintiff    Wayne Andrews Jr.  A754-483

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____